UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

CAROL DEAN PRICE                           CASE NO.: 05-50256-PCY5
                                           CHAPTER 13

    Debtor(s).
_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: LAKE COOK PARTIES, LLC which remain outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U. S. Bankruptcy Court.

**WHEREFORE**, the Trustee respectfully submits her Check Number 295848  in the amount of $710.12 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                          /s/Leigh D. Hart
                             LEIGH D. HART
                             POST OFFICE BOX 646
                             TALLAHASSEE, FL 32302
                             (850) 681-2734 "Telephone"
                             (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:
CAROL DEAN PRICE

6055 E. HWY 98
PANAMA CITY, FL

32404
AND

| | |
|---|---|
| LEWIS & JURNOVOY, P.A. | LAKE COOK PARTIES, LLC |
| 1100 NORTH PALAFOX STREET | C/O HILCO RECEIVABLES, LLC |
| PENSACOLA,  FLORIDA | 5 REVERE DRIVE SUITE 415 |
| | NORTHBROOK, IL |
| 32501 | 60062 |

on the same date as reflected on the court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart
F.45 (107) 09/21/2006     LEIGH D. HART
```